**Juan CRUZ, Petitioner–Appellant,**

v.

**John L. LAMANNA, Warden at Federal Correctional Institution at Edgefield, Respondent–Appellee,**

**and**

**Ronald Holt, Respondent.**

No. 08–6654.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2009.

Decided: Jan. 15, 2009.

---

24–month sentences imposed upon Jones' identity theft convictions to run concurrently.

Juan Cruz, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Cruz, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cruz v. LaManna*, No. 3:07–cv–01060–HFF (D.S.C. Feb. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*